# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154360(51)

MICHAEL MARTIN,
      Plaintiff-Appellee,

v

SC: 154360
COA: 328240
Kalamazoo CC: 2013-000485-NO

MILHAM MEADOWS I LIMITED
PARTHERSHIP and MEDALLION
MANAGEMENT, INC.,
      Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before November 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2016



Clerk